FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gao, Haryan DEFENDANT(S). | CASE NUMBER SA 10-393 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Friday Oct 1, 2010__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) and produced for the hearing.

Dated: __9/28/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge